FILE COPY

No. 07-14-00077-CV

| | | |
|---|---|---|
| SAR Western Center Plaza, L.P.<br>    Appellant | § | From the County Court at Law No. 1<br>    of Tarrant County |
| | § | |
| v. | | May 26, 2015 |
| | § | |
| Le Frisbie, LLC, Jennifer Frisbie, and<br>Diep Le | | Opinion by Chief Justice Quinn |
| | § | |
|     Appellees | | |

## J U D G M E N T

Pursuant to the opinion of the Court dated May 26, 2015, it is ordered, adjudged and decreed that the portion of the judgment of the trial court denying recovery against Diep Le and Jennifer Frisbie is reversed and that the judgment is modified to reflect that SAR Western Center Plaza, L.P. have and recover against Diep Le, Jennifer Frisbie, and LeFrisbie, LLC, jointly and severally, all damages and sums previously awarded SAR Western Center Plaza, L.P. solely against LeFrisbie, LLC.  In all other things, the judgment of the trial court is affirmed, as modified.

It is further ordered that appellees, Diep Le and Jennifer Frisbie, pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o